United States District Court
Southern District of Texas
**ENTERED**
October 25, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FATARA MUHAMMAD, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:23-CV-00493 |
| FERTITTA ENTERTAINMENT, INC., *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

In accordance with the Stipulation of Dismissal filed on October 23, 2023 (Doc. #24), this case is hereby DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED.

10/24/23
Date

The Honorable Alfred H. Bennett
United States District Judge